# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Dominick Alexander Brown, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Sheriff Al Cannon Detention Center, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> _____) | Civil Action No. 4:23-976-RMG <br><br><br> **ORDER** |

This matter comes before the Court on the Report and Recommendation ("R & R") of the Magistrate Judge recommending that this action be dismissed with prejudice, without service of process, and without further leave to amend. (Dkt. No. 25). The Magistrate Judge found that Plaintiff, acting *pro se*, failed to assert a claim upon which relief could be granted in his original and amended complaints. Plaintiff filed no objections to the R & R but filed a "motion for suppressment" which did not coherently set forth any specific objections to the R & R. (Dkt. No. 27).

The Court has reviewed the R & R and other orders of the Magistrate Judge, the original and amended complaints, Plaintiff's recent filing, and the relevant legal authorities. The Court finds that the Magistrate Judge ably summarized the factual and legal issues in this matter and correctly concluded that this action should be summarily dismissed because Plaintiff has failed to asset a claim upon which relief can be granted. Therefore, the Court **ADOPTS** the R & R (Dkt. No. 25) as the order of the Court and **DISMISSES** this action with prejudice, without service or process, and without further leave to amend.

˜1˜

**AND IT IS SO ORDERED**.

s/ Richard Mark Gergel
Richard Mark Gergel
United States District Judge

May 1, 2023
Charleston, South Carolina